IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE BAG CORPORATION, | No. C 06-02470 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR RESPONSE** |
| SMITH SEED SERVICES, | |
| Defendant. | |

By **NOON** on **FRIDAY, MARCH 16**, both parties should submit a statement clarifying whether, following arbitration, there would be any issues unresolved in this case. The parties should specify whether there will be anything left for the Court to do.

**IT IS SO ORDERED.**

Dated: March 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE