1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EAGLE BAG CORPORATION, a
California corporation,

       Plaintiff,

  v.

SMITH SEED SERVICES, an Oregon
corporation,

       Defendant.

_____/

No. C 06-02470 WHA

**ORDER RE JOINT MOTION TO
EXTEND ARBITRATION
DEADLINE**

     The Court has received the joint motion to extend the pending October 12 deadline to

allow completion of the new scheduled arbitration.  Before ruling on this motion, the Court

wants to know whether the Arbitrator has committed himself to completing arbitration by

December 6, 2007.

     **IT IS SO ORDERED.**

Dated:  October 11, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE