W. George Wailes, Esq. (Bar No. 100435)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California  94011-0513
Telephone:    (650) 342-9600
Facsimile:     (650) 342-7685

Attorneys for Plaintiff and Counter-Defendant
Eagle Bag Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE BAG CORP., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH SEED SERVICES, an Oregon entity, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | No. 3:06-CV-02470-WHA<br><br>[PROPOSED] ORDER DISMISSING COMPLAINT AND COUNTER-CLAIMS WITH PREJUDICE<br><br>Action Filed: April 4, 2006 |

## ORDER

IT IS ORDERED that the Complaint of Eagle Bag Corp. and the Cross-Complaint of Smith Seed Services are DISMISSED WITH PREJUDICE. All pending Court appearances concerning this case, including the May 8, 2008 Case Management Conference, are taken off calendar.

Dated: April 21, 2008.

IT IS SO ORDERED
Judge William Alsup

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I declare that I am employed in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to this action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service and know that this correspondence would be deposited with the United States Postal Service this day in the ordinary course of business.

On April 18, 2008, I served the attached:

- **[PROPOSED] ORDER DISMISSING COMPLAINT AND COUNTER-CLAIMS WITH PREJUDICE**

by placing a true copy thereof in a sealed envelope and placing this envelope for collection and mailing this date following the ordinary business practices of Carr, McClellan, Ingersoll, Thompson & Horn for deposit of correspondence in the United States Postal Service, addressed as follows:

Robert C. Phelps, Esq.  
Pillsbury Winthrop LLP  
50 Fremont Street  
Post Office Box 7880  
San Francisco, CA 94120-7880

Bruce McDiarmid, Esq.  
Pillsbury Winthrop Shaw Pittman LLP  
Post Office Box 7880  
San Francisco, CA 94120

Executed on April 18, 2008, at Burlingame, California. I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

_____  
Lori Stumpf

27961.00001\BGLIB1\1346349.1